UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $2,340,000.00 HELD BY LIBERIAN | ) | |
| COMPANY 1 ASSOCIATED WITH | ) | |
| PETROLEUM TANKER NAUTIC, WITH | ) | |
| INTERNATIONAL MARITIME | ) | Civil Action No. 20-1139 (JEB) |
| ORGANIZATION NUMBER 9150377 | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| $9,998,941.91 ASSOCIATED WITH | ) | |
| PETROLEUM TANKER NAUTIC (IMO | ) | |
| 9150377) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

By and through their respective undersigned counsel, and pursuant to the Court's July 31, 2020 Minute Order, Plaintiff the United States of America ("United States" or "Government") and Claimants James Owens, Judith Abasi Mwila, and Rizwan Kahliq (collectively, the "Owens Claimants"), jointly and respectfully submit this status report and enclosed proposed order.

## BACKGROUND

The United States commenced this forfeiture action on May 1, 2020, seeking to forfeit the defendant funds (the "Funds") to the United States. *See* Compl. (ECF No. 1). The Funds relate to the sale of a petroleum tanker called the "Nautic" or "Gulf Sky" by a Liberian subsidiary of a Greek company (i.e., Crystal Holdings Limited) ("Crystal Holdings") to Taif Mining Services ("Taif Mining"). *Id.* ¶¶ 18-41.

## I.       PROCEDURAL HISTORY OF THIS FORFEITURE ACTION.

After a U.S. bank blocked the Funds, the United States sought to arrest and forfeit them and other monies Taif Mining used to purchase the Nautic.  *See id.*  On May 1, 2020, the United States filed its forfeiture complaint.  *Id.*  That same day, the Court issued to the United States a warrant for arrest in rem.  *See* Warrant (ECF No. 3).

The Owens Claimants filed a Verified Claim on June 30, 2020 and an Answer on July 21, 2020 in this action.  *See* ECF Nos. 4, 5.  The United States has also agreed to extend the time for Crystal Holdings to file a claim and answer through August 20, 2020.[1]  *See* Fed. R. Civ. P., Supp. Rule G(b)(2)(ii)(B) (directing the United States to specify a claim deadline in a notice to a known potential claimant).

## II.      PROCEDURAL HISTORY OF THE OWENS CLAIMANTS' ACTION.

On May 22, 2020, the Owens Claimants moved the Court in their civil action to issue writs of attachment directed to the Funds.  *See Owens v. Republic of Sudan*, Civ. A. No. 01-2244 (JDB) (D.D.C. May 25, 2020) ("*Owens*"), ECF No. 450.  Judge Bates, who is presiding over *Owens*, granted the Owens Claimants' motion on May 25, 2020.  *See, e.g.*, *Owens*, ECF No. 451.  The Owens Claimants then served the writs of attachment on Wells Fargo Bank, N.A. ("Wells Fargo"), which acknowledged possession of the Funds in its response to the writs.  *See Owens*, ECF

---

[1]      Because a U.S. Bank froze the Funds (i.e., a portion of the monies Crystal Holdings was to receive for selling the Nautic to Taif Mining), Crystal Holdings did not receive its full payment. As a result, Crystal Holdings instituted proceedings in the United Arab Emirates ("UAE") to retake possession of the Nautic.  As part of those proceedings, UAE arrested the Nautic.  Thereafter, the Nautic disappeared from its anchor site off the coast of UAE and, ten days later, it reappeared off the coast of Iran.  *See* U.S. News, *Tanker off UAE Sought by US Over Iran Sanctions 'Hijacked'* (July 15, 2020), https://www.usnews.com/news/us/articles/2020-07-15/seafarers-group-tanker-off-uae-sought-by-us-hijacked.  In light of these developments, it is unclear whether Crystal Holdings will retake possession of the Nautic or pursue a claim in this action.

No. 458. The Owens Claimants thereafter moved to condemn and recover the Funds. *Owens*, ECF No. 460-2.

After meeting and conferring with the Owens Claimants and with their consent, the United States has intervened in *Owens* seeking to quash the writs of attachment and oppose the Owens Claimants' motion to condemn and recover. *Owens*, ECF Nos. 461, 462. After meeting and conferring, the parties in *Owens* proposed, and Judge Bates adopted, a briefing schedule. The United States' opening brief in *Owens* is due on August 10, 2020, and briefing is set to be completed by September 30, 2020. *Owens*, Min. Order of 7/13/2020.

## PROPOSAL FOR PROCEEDING IN THIS ACTION

The United States and the Owens Claimants propose that the Court wait to proceed with this action until Judge Bates resolves the matters pending in *Owens*. The United States and the Owens Claimants agree that to conserve scarce judicial resources, the issues pending before Judge Bates should be resolved before litigation in this matter ensues. Accordingly, the United States and the Owens Claimants request that the Court order them to file a joint status report with proposals for further proceedings in this action within 14 days of Judge Bates resolving the issues pending before him in *Owens*. In the interim, the United States and the Owens Claimants request that the Court abstain from scheduling events in this action, except for receiving any claim and pleading filed by Crystal Holdings should it decide to participate in this case.

Dated: August 4, 2020

Respectfully submitted,

MICHAEL R. SHERWIN                          /s/ *Matthew D. McGill*
Acting United States Attorney               Matthew D. McGill (No. 481430)
                                            Chantale Fiebig (No. 487671)
                                            Suria M. Bahadue (admission pending)
By: _____ /s/ *Brian Hudak* _____       Brian Williamson (to be admitted *pro hac vice*)
   BRIAN P. HUDAK                           Gibson, Dunn & Crutcher LLP
   ZIA M. FARUQUI, D.C. Bar #494990         1050 Connecticut Avenue, N.W.
   555 Fourth Street, NW                    Washington, DC  20036
   Washington, DC 20530                     Telephone:  202.955.8500
   (202) 252-2549                           Facsimile:  202.530.9522
                                            mmcgill@gibsondunn.com
*Attorneys for the United States of America*   cfiebig@gibsondunn.com
                                            sbahadue@gibsondunn.com
                                            bwilliamson@gibsondunn.com

                                            Thomas Fortune Fay
                                            Caragh Fay
                                            Fay Law Group, P.A.
                                            777 6th Street, N.W., Suite 410
                                            Washington, D.C. 20001
                                            (202) 589-1300

                                            Jane Carol Norman
                                            Bond & Norman Law, P.C.
                                            777 6th Street, N.W., Suite 410
                                            Washington, D.C. 20001
                                            (202) 682-4100

                                            *Attorneys for the Owens Claimants*