UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$2,340,000.00 HELD BY LIBERIAN COMPANY 1 ASSOCIATED WITH PETROLEUM TANKER NAUTIC, WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9150377<br><br>- and -<br><br>$9,998,941.91 ASSOCIATED WITH PETROLEUM TANKER NAUTIC (IMO 9150377)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1139 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE**

By and through its undersigned counsel, and pursuant to the Court's August 5, 2020, Minute Order, Plaintiff the United States of America ("United States" or Government") respectfully submits this notice.

The United States provides notice that it granted an additional extension to the claim deadline for Crystal Holdings Limited ("Crystal Holdings") pursuant to Supplemental Rule G(b)(2)(ii)(B) of the Federal Rules of Civil Procedure. The deadline for Crystal Holdings to submit a claim in this action is now set as November 18, 2020.

\*   \*   \*

- 2 -

Dated: August 17, 2020
      Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:     /s/
BRIAN P. HUDAK
ZIA M. FARUQUI, D.C. Bar #494990
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549

*Attorneys for the United States of America*