UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>$2,340,000.00 HELD BY LIBERIAN COMPANY 1 ASSOCIATED WITH PETROLEUM TANKER NAUTIC, WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9150377 )<br><br>- and - )<br><br>$9,998,941.91 ASSOCIATED WITH PETROLEUM TANKER NAUTIC (IMO 9150377) )<br><br>Defendants. ) | Civil Action No. 20-1139 (JEB) |

## NOTICE

By and through its undersigned counsel, Plaintiff the United States of America ("United States" or "Government") respectfully submits this notice.

The United States provides notice that it granted an additional extension to the claim deadline for Crystal Holdings Limited ("Crystal Holdings") pursuant to Supplemental Rule G(b)(2)(ii)(B) of the Federal Rules of Civil Procedure. The deadline for Crystal Holdings to submit a claim in this action is now set as March 18, 2021.

Additionally, the United States granted an extension to the claim deadline of the Plaintiffs in *Levin v. Islamic Republic of Iran*, Civ. A. No. 05-2494 (JEB) (D.D.C.) (the "Levin Plaintiffs"). The deadline for the Levin Plaintiffs to submit a claim in this action is now set as 30 days following

the Court's resolution of the motion to quash pending before the Court in the above noted *Levin* action.

Lastly, the United States continues to believe that litigation in this forfeiture matter should not proceed until the Court resolves the pending motions to quash in the *Owens* and *Levin* writ proceedings. Ultimately, the Court should determine which parties have interests in the Defendant Properties before turning to assess the bona fides and competing priorities of those interests in this forfeiture case.

Dated: February 26, 2021
       Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:        /s/
       BRIAN P. HUDAK
       MICHAEL P. GRADY
       Assistant United States Attorneys
       555 Fourth Street, NW
       Washington, DC 20530
       (202) 252-2549

*Attorneys for the United States of America*