UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $2,340,000.00 HELD BY LIBERIAN COMPANY 1 ASSOCIATED WITH PETROLEUM TANKER NAUTIC, WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9150377 | ) ) ) ) ) ) | Civil Action No. 20-1139 (JEB) |
| - and - | ) | |
| | ) | |
| $9,998,941.91 ASSOCIATED WITH PETROLEUM TANKER NAUTIC (IMO 9150377) | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

By and through its undersigned counsel, Plaintiff the United States of America ("United States" or Government") respectfully submits this status report pursuant to the Court's Minute Order of April 12, 2021.

As the Court noted, on March 4, 2021, the Court quashed the writs obtained by two plaintiff groups against the second tranche of Defendant Property in this case—namely, $9,998,941.91 associated with the sale of the *Nautic* being held by Wells Fargo Bank, N.A (the "Funds"). *See Levin v. Islamic Republic of Iran*, Civ. A. No. 05-2494 (JEB), 2021 WL 1245232, at *9 (D.D.C. Mar. 4, 2021). Thereafter, the Court dismissed the Levin Plaintiffs' related turnover action. *See Levin v. Wells Fargo Bank, N.A.*, Civ. A. No. 21-0420 (JEB) (D.D.C. Mar. 22, 2021), Min. Order.

The Levin Plaintiffs have indicated that they intend to seek appellate review of the Court's orders in these actions.

As to the Levin Plaintiffs' litigation concerning the Funds in South Dakota, the United States recently sought to intervene in the writ and turnover actions in that jurisdiction. The parties have agreed to seek to stay those matters until appellate review of the Court's orders in the above noted actions reach full finality.

The United States also provides notice that it granted an additional extension to the claim deadline for Crystal Holdings Limited ("Crystal Holdings") pursuant to Supplemental Rule G(b)(2)(ii)(B) of the Federal Rules of Civil Procedure. The deadline for Crystal Holdings to submit a claim in this action is now set as 30 days following finality of the Court's quashing orders (i.e., after all avenues of appellate review have been exhausted).

Considering the above, the United States believes it is prudent to delay further litigation in this forfeiture action until final resolution of any appeals from the Court's orders or the expiration of the time to pursue any such appeals. The United States respectfully proposes to file a status report within 14 days of the Court's orders reaching finality with proposals for further proceedings in this matter.

\*   \*   \*

- 3 -

Dated: April 16, 2021
         Washington, DC

                                    Respectfully submitted,

                                    CHANNING D. PHILLIPS, D.C. Bar #415793
                                    Acting United States Attorney


                                    By:      /s/
                                         BRIAN P. HUDAK
                                         MICHAEL P. GRADY
                                         Assistant United States Attorneys
                                         555 Fourth Street, NW
                                         Washington, DC 20530
                                         (202) 252-2549

                                    *Attorneys for the United States of America*

- 3 -