IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$2,340,000.00 associated with PETROLEUM
TANKER INTERNATIONAL MARITIME
ORGANIZATION NUMBER 9150377 held by
LIBERIAN COMPANY 1,

-and-

$9,998,941.91 associated with PETROLEUM
TANKER INTERNATIONAL MARITIME
ORGANIZATION NUMBER 9150377 held by
US BANK 1,

        Defendants.

Civil Action No. 20-1139

------------------------------------------- x

## NOTICE OF CLAIM BY CRYSTAL HOLDINGS LIMITED

Christopher D. Man, Bar No. 453553DC
Cari N. Stinebower, Bar No. 457147DC
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Cman@winston.com
(202) 282-5000 (ph)
(202) 282-5100 (fax)

*Counsel for Crystal Holdings Limited*

Crystal Holdings Limited ("Crystal") hereby provides notice of its claim to the property at issue in the above-captioned matter, specifically the $2,340,000 identified in the Complaint as being held by Crystal as "Liberian Company 1" and $9,998,941.91 identified as being held at US Bank 1. These funds are associated with the sale of the petroleum tanker Nautic (International Maritime Organization number 9150377). As the Complaint acknowledges, Crystal was the prior owner of the Nautic and the funds at issue in this case were used to purchase the Nautic by Taif Mining Services, LLC ("Taif") from Crystal. (Dkt. 1 ¶18.) As such, Crystal is the rightful owner of these funds.

Crystal is an innocent owner of the funds, which sold Nautic to Taif in good faith. The government itself claims that sanctioned Iranian parties engaged in a "scheme" to hide their involvement by using Taif as a front company (*id.*), and the D.C. Circuit recognized that Taif was formed "in an apparent attempt to hide its affiliation with the Islamic Republic of Iran." *Estate of Levin v. Wells Fargo Bank, N.A.*, 45 F.3d 416, 417 (D.C. Cir. 2022). The government notes that Taif's specifically warranted and represented in its agreement with Crystal that neither Taif nor its shareholders and affiliated companies were subject to U.S. sanctions. (Dkt. 1 ¶30.) Despite due diligence being conducted, Crystal did not discover any connection between Taif and sanctioned parties. Taif did not appear on the "Specially Designated Nationals" list, or any other list, published by the United States Treasury Department's Office of Foreign Asset Control.

Additionally, the blocked funds belonged to Crystal – not Taif – at the time they were blocked. Crystal and Taif jointly retained Holman Fenwick Willan LLP ("HFW") to act as an escrow agent with respect to the sale of Nautic on June 26, 2019. Pursuant to the escrow agreement HFW transferred the initial deposit for the purchase to Crystal on September 19, 2019, which was

followed by the transfer of Nautic from Crystal to Taif on October 22, 2019. With the completion of the sale and the closing of escrow, Crystal acquired ownership of the purchase funds that had been held in escrow by HFW. HFW, acting as Crystal's agent, then sought to deliver the funds that it held on Crystal's behalf to Crystal on October 23 and 24, 2019. Thus, when the funds were subsequently blocked, they already belonged to Crystal. Accordingly, the blocked funds at issue in this case rightfully belong to Crystal, as an innocent owner of the funds.

I am the Managing Director of Polembros Shipping Limited, which controls and manages the operations of Claimant Crystal Holdings Limited. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2022.

George Vakirtzis
On behalf of Crystal Holdings Limited.

Respectfully submitted,

/S/ Christopher D. Man
Christopher D. Man, Bar No. 453553DC
Cari N. Stinebower, Bar No. 457147DC
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Cman@winston.com
(202) 282-5000 (ph)
(202) 282-5100 (fax)

*Counsel for Crystal Holdings Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, the foregoing was served on all counsel of record via the CM/ECF system.

/s/ *Christopher D. Man*
Christopher D. Man