IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| $2,340,000.00 associated with PETROLEUM TANKER INTERNATIONAL MARITIME ORGANIZATION NUMBER 9150377 held by LIBERIAN COMPANY 1, : : : | Civil Action No. 20-1139 |
| : | |
| -and- : | |
| : | |
| $9,998,941.91 associated with PETROLEUM TANKER INTERNATIONAL MARITIME ORGANIZATION NUMBER 9150377 held by US BANK 1, : : | |
| Defendants. | |

------------------------------------------- x

**DISCLOSURE OF CORPORATE AFFILATIONS AND FINANCIAL INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, I, the undersigned, counsel of record for Crystal Holdings Limited, certify that, to the best of my knowledge and belief, Crystal Holdings Limited has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

December 7, 2022

/s/ *Christopher D. Man*
Christopher D. Man, Bar No. 453553DC
Cari N. Stinebower, Bar No. 457147DC
WINSTON & STRAWN LLP
1901 L Street, N.W.

Washington, D.C. 20036
CMan@winston.com
(202) 282-5000 (ph)
(202) 282-5100 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, the foregoing was served on all counsel of record via the CM/ECF system.

/s/ *Christopher D. Man*
Christopher D. Man